■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY PATEREK, Also Known as STANLEY PATREK, Appellant.— Appeal from an order of the Court of Special Sessions of the City of New York, Borough of Queens, denying, after a hearing, appellant's application in the nature of a writ of error *coram nobis* to vacate a judgment of said court convicting him of petit larceny. Order affirmed. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.

■ SACK-SONS LUGGAGE CORP., Respondent, v. LOUIS DE JONGE & CO., Appellant.— In an action to recover damages for breach of warranty, the appeal is from a judgment in favor of respondent entered upon the verdict of a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ MARTIN SCALISE, by ANGIE D'AMBROSIO, His Guardian ad Litem, Respondent, v. CITY OF NEW YORK, Appellant.— In an action to recover damages for personal injuries sustained as the result of the alleged negligence of a conductor of a subway train in failing to prevent an assault, the appeal is from a judgment entered on a jury verdict in favor of respondent. Judgment reversed on the law and the facts, without costs, and complaint dismissed. There is no proof to show that the conductor was negligent in failing to anticipate the single blow which was administered. There had been complaints with respect to the intoxicated condition of the incompetent and the conductor had advised him to remain seated and quiet. But there was no proof to show that an assault by a third person upon the incompetent was imminent or even threatened. All that was shown was that the incompetent and the third person had been observed close together and talking loudly and gesturing. There had been no violence or threat of violence shown as of the time the conductor repaired to his station between the cars to operate the doors. If the complaint were not being dismissed, a new trial would be granted on the ground that the verdict is against the weight of the credible evidence. Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

## (December 17, 1956)

■ RUDOLPH BRUER, JR., Appellant-Respondent, v. FIREMAN'S FUND INDEMNITY COMPANY, Respondent-Appellant.— Motion by appellant-respondent for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ ARTHUR BUSIELLO et al., Appellants, v. DANIEL MARRO et al., Copartners Doing Business under the Name of SUBWAY GARAGE & REPAIR SHOP, Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy and Ughetta, JJ.; Kleinfeld, J., not voting.